IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CALEB C. CHANG and ANNA H. CHANG | * |
| Debtors | * |
| CALEB C. CHANG and ANNA H. CHANG | * |
| Appellants | * |
| v. | * Civil No. – JFM-15-439 |
| TIMOTHY P. BRANIGAN, TRUSTEE | * |
| Appellee | * |

******

## MEMORANDUM

This is an appeal from an order entered by the Bankruptcy Court on February 28, 2014 dismissing the Debtors' Chapter 13 case.

The Debtors failed to make any payments under their proposed plan of reorganization, failed to appear at the confirmation hearing, failed to respond to the motion to dismiss filed in the Bankruptcy Court, and failed otherwise to prosecute the appeal. Under these circumstances the Bankruptcy Court clearly acted appropriately in dismissing the appeal.

If Debtors desire to file a second bankruptcy case, they may do so. They are cautioned, however, that it may very well be in their interest to consult counsel and have counsel assist them in the filing of the bankruptcy petition.

A separate order affirming the Bankruptcy Court is being entered herewith.

Date: 4/9/15

J. Frederick Motz
United States District Judge